**Michael J. Sandmire**, OSB No. 904410
E-mail: msandmire@buchalter.com
**BUCHALTER ATER WYNNE**
1331 NW Lovejoy Street, Suite 900
Portland, OR  97209-3280
Telephone:  (503) 226-1191
Facsimile:   (503) 226-0079

**James E. Magleby** (*Pro Hac Vice*)
Email: magleby@mcgiplaw.com
**Edgar R. Cataxinos** (*Pro Hac Vice*)
Email: cataxinos@mcgiplaw.com
**Geoffrey K. Biehn** (*Pro Hac Vice*)
Email: biehn@mcgiplaw.com
**MAGLEBY CATAXINOS GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, UT  84101
Telephone:  (801) 359-9000
Facsimile:   (801) 359-9011

Attorneys for Plaintiff Vitamins Online, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **VITAMINS ONLINE, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVIDPAUL DOYLE**, <br><br> Defendant. | Case No. 1:14-cv-00441-CL <br><br> **JOINT STATUS REPORT** |

JOINT STATUS REPORT

BN 38249148v1

BUCHALTER ATER WYNNE
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

Page 1

In accordance with the Docket Text Order entered by the Court on September 11, 2019 (Dkt. No. 110), Plaintiff Vitamins Online, Inc. ("Vitamins Online") and Defendant DavidPaul Doyle hereby submit the following Status Report.

## STATUS REPORT

The present action is a companion case to Vitamins Online, Inc. v. Heartwise, Inc., United States District Court, District of Utah, Central Division, Civil Action No. 2:13-cv-00982-DAK (the "Utah Action"). The claims and defenses in this case are the same as being asserted in the Utah Action against a related defendant, HeartWise, Inc., dba NatureWise ("NatureWise"). To date, the major litigation activities have taken place in Utah. The plaintiff is the same in each action, and the defendants are closely related. This Court has continuously tailored the scheduling order in this case to follow the scheduling in the Utah Action.

On September 24, 2019, the court in the Utah Action entered its Memorandum Decision and Order (Dkt. 444) on the parties' cross-motions for summary judgment. The court denied the cross-motions, save for the plaintiff's Motion for Summary Judgment Dismissing Counterclaims. The court set a bench trial for April 13-24, 2020.

**DATED** this  2nd  day of December, 2019.

**BUCHALTER ATER WYNNE**

By:  s/ Michael J. Sandmire
    Michael J. Sandmire, OSB #904410
    E-mail: msandmire@buchalter.com
    Telephone:  (503) 226-1191

**MAGLEBY CATAXINOS GREENWOOD**

James E. Magleby (*Pro Hac Vice*)
E-mail: magleby@mcgiplaw.com

JOIN STATUS REPORT

BN 38249148v1

BUCHALTER ATER WYNNE
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

Page 2

>   Edgar R. Cataxinos (*Pro Hac Vice*)
>   E-mail: cataxinos@mcgiplaw.com
>   Geoffrey K. Biehn (*Pro Hac Vice*)
>   E-mail: biehn@mcgiplaw.com
>   Telephone: (801) 359-9000
>
>   Attorneys for Plaintiff Vitamins Online, Inc.
>
>   **BROPHY SCHMOR LLP**
>
>   By:  s/ Dominic M. Campanella
>   Dominic M. Campanella, OSB #042558
>   E-mail: dcampanella@brophylegal.com
>   Telephone: (541) 772-7123
>
>   *signed by permission*
>
>   **TROJAN LAW OFFICES**
>
>   John Roehrick, *(Pro Hac Vice)*
>   E-mail: roehrick@trojanlawoffices.com
>   R. Joseph Trojan, *(Pro Hac Vice)*
>   E-mail: trojan@trojanlawoffices.com
>   Telephone: (310) 777-8399
>
>   Attorney for Defendant DavidPaul Doyle

JOINT STATUS REPORT

BN 38249148v1

BUCHALTER ATER WYNNE
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

Page 3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons:

    Dominic M. Campanella
    dcampanella@brophylegal.com
    BROPHY SCHMOR LLP
    201 West Main Street, 5th Floor
    P.O. Box 128
    Medford, OR  97501
    Telephone: (541) 772-7123

    R. Joseph Trojan
    trojan@trojanlawoffices.com
    John Roehrick
    roehrick@trojanlawoffices.com
    TROJAN LAW OFFICES
    9250 Wilshire Blvd., Suite 325
    Beverly Hills, CA  90212

    Attorneys for Defendant DavidPaul Doyle

DATED this  2nd  day of December, 2019.

                              s/ Michael J. Sandmire
                              Michael J. Sandmire, OSB No. 904410
                              Attorneys for Plaintiff Vitamins Online, Inc.

CERTIFICATE OF SERVICE

BN 38249148v1

BUCHALTER ATER WYNNE
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191